A. J. OSTHEIMER, 3rd, and Ruth
M. Ostheimer

v.

UNITED STATES of America.
Civ. A. No. 19319.

United States District Court
E. D. Pennsylvania.
March 4, 1958.

Herbert W. Reisner, Philadelphia, Pa.,
for plaintiffs.

Harold K. Wood, U. S. Atty., Joseph J.
Zapitz, Asst. U. S. Atty., Philadelphia,
Pa., for defendant.

KIRKPATRICK, Chief Judge.

The plaintiff, a life insurance agent
authorized to act as special agent for
the Northwestern Mutual Life Insurance
Company and to solicit for the Aetna Life
Insurance Company, procured policies
with Northwestern on the lives of his
former partner, three key employees and
his children, as well as one with Aetna
on the life of his former partner. He
brings this suit to recover the additional
tax paid because of the inclusion in his
income, by the revenue officials, of the
commissions he received from the insur-
ance companies by reason of the issuance
of these policies. He contends that these
commissions were not income to him but
were, in effect, a reduction of the price
of the policies.

I cannot agree. The Internal
Revenue Department ruled in 1915 (T.D.
2137, 17 Treasury Decisions 48) that "A
commission retained by a life insurance
agent on his own life insurance policy is
held to be income accruing to the agent,
and should be included in his return of
income for the assessment of the income
tax." This ruling was reaffirmed in 1932
and again in 1955. Obviously, the ruling
would be the same as to commissions on
policies on the lives of an agent's chil-
dren, his employees and his business
partner.

An administrative interpreta-
tion such as this, so consistently followed
over such a long period of time, is en-
titled to great weight with the Court and
there is a heavy burden upon the plain-
tiff to show that it is erroneous. The in-
surance company, in fact, pays its agent
for procuring policies and the premiums
thereon. This is what the plaintiff did.
It is true that because the policies were

upon the lives of his partner, his employees and members of his family, he did not have to perform some of the duties that he would have performed if they had been upon the lives of strangers, but this in no way affects the status of the money he received. In fact, it would be a violation of the law for an insurance company to have sold insurance to him at a lower rate than that charged other policyholders.

Judgment may be entered for the defendant.

The requests for findings of fact and conclusions of law submitted by the defendant are all affirmed.